Generated: Sep 21, 2026 2:23PM



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Sep 21, 2026 2:23PM

David Rawlings Chapter 13 Trustee

Rcpt. No: 30001182 | Trans. Date: Sep 21, 2026 2:23PM | Cashier ID: #DCSs (3665)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 20-03073-KMS | 1 | 7.99 | 7.99 |
| UC | UNCLAIMED FUNDS | 21-50619-KMS | 1 | 16.66 | 16.66 |
| UC | UNCLAIMED FUNDS | 21-50864-KMS | 1 | 1.48 | 1.48 |
| UC | UNCLAIMED FUNDS | 21-51098-KMS | 1 | 293.96 | 293.96 |
| UC | UNCLAIMED FUNDS | 24-50771-KMS | 1 | 5.06 | 5.06 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #8027033 | 09/21/2026 | $325.15 |
| | | | Total Due Prior to Payment: | $325.15 |
| | | | Total Tendered: | $325.15 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Debtor:** KENNETH WHITMORE

**Debtor:** Dustin S Rogers and Lane D Rogers

**Debtor:** Leila Ann Riles

**Debtor:** Charles Roy McCardle, Jr.

**Debtor:** Christopher Parnell and Brandy Parnell

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
SEP 21 2026
Danny L. Miller, Clerk of Court
By: ________, Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT FOR**

**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
Charles R McCardle, Jr.

CHAPTER 13 NO.:
21-51098 KMS

**RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, David Rawlings, pursuant to 11 U.S.C. §347 and rule 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| W.S. Badcock Corporation | P O Box 724, Mulberry, FL 33860 | $293.96 |

THAT the Trustee mailed a check to the referenced debtor/creditor at the address listed above, and said check was not presented for payment or the United States Postal Service returned said check and it has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts.

Dated: September 17, 2026

Respectfully submitted,

/s/ David Rawlings
David Rawlings
Chapter 13 Standing Trustee
P.O. Box 566
Hattiesburg, MS 39403

CERTIFICATE OF SERVICE

I, David Rawlings, Chapter 13 Standing Trustee, do hereby certify that I have this day served a true and correct copy of the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following parties by U. S. Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov
trollins@therollinsfirm.com
W.S. Badcock Corporation, P O Box 724, Mulberry, FL 33860

Dated: September 17, 2026

/s/ David Rawlings
David Rawlings

**David Rawlings**
CHAPTER 13 STANDING TRUSTEE
Post Office Box 566
Hattiesburg, Mississippi 39403

GULFPORT MS 395
19 SEP 2026 AM

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 39401
02 7H
$ 000.78⁰
SEP 17 2026

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

SEP 21 2026

Danny L. Miller, Clerk of Court
By:__________, Deputy Clerk

U. S. Bankruptcy Court
ATTN: Financial Administrator
Thad Cochran United States Courthouse
501 E. Court Street, Ste 2.300
Jackson, MS 39201

39201-503675